UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY<br>AS SUBROGEE OF MARY P. LEE<br>    Plaintiffs,<br><br>v.<br><br>CT HARDWOOD & PAINTING, LLC, ET AL<br><br>    Defendants | CIVIL ACTION NO.: 3:17-CV-00646-VLB<br><br><br><br><br><br><br><br><br><br>NOVEMBER 3, 2017 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, pursuant to Local Rule of Civil Procedure 7(e) of the Local Rules of the United States District Court for the District of Connecticut, requests that he be permitted to withdraw as counsel for the defendants, CT Hardwood & Painting, LLC a/k/a CT Hardwood Flooring, LLC a/k/a CT Painting, LLC; Troy Langer d/b/a CT Hardwood Flooring, LLC; and CT Painting, LLC a/k/a CT Hardwood Flooring a/k/a CT Hardwood & Painting. In support of this motion, undersigned represents that there is good cause for the instant motion in that the defendants have substitute counsel. By way of Notices of Appearance, Michael T. Ryan, Esq. and Michael C. Barbarula, Esq., of Ryan Ryan Deluca LLP, 707 Summer Street, Stamford, CT 06901; and John G. Miller, Esq., of Hassett & Donnelly, PC, 100 Pearl Street, Hartford, CT 06103, have entered their appearances on behalf of said defendants.

WHEREFORE, for the reasons set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as counsel for the defendants.

> THE DEFENDANTS
> CT Hardwood & Painting, LLC a/k/a CT Hardwood Flooring, LLC a/k/a CT Painting, LLC;
> Troy Langer d/b/a CT Hardwood Flooring, LLC;
> and CT Painting, LLC a/k/a CT Hardwood Flooring a/k/a CT Hardwood & Painting
>
> By:/s/ Peter J. Casey, Esq.
> Peter J. Casey, Esq. (ct08719)
> Law Offices of Peter J. Casey LLC
> 41 North Main Street, Suite 204
> West Hartford, CT 06107
> Phone: 860-523-5556
> Fax: 860-523-9235
> pcasey@pcaseylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that November 3, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Peter J. Casey, Esq.
Peter J. Casey, Esq.